```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09415
    DESIREE B BAILEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9314


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.83% from remaining funds.

     The case was paid in full 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
DAIMLERCHRYSLER FINANCIA  SECURED            6050.00          590.07        6050.00
DAIMLERCHRYSLER FINANCIA  UNSECURED          1347.78             .00         159.44
ARROW FINANCIAL SERVICES  UNSECURED OTH       318.79             .00          37.70
GATEWAY                   UNSECURED         NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED         NOT FILED            .00             .00
ISAC                      UNSECURED         23549.63             .00        2785.92
ECAST SETTLEMENT CORP     UNSECURED          1254.74             .00         148.44
CAPITAL ONE BANK          UNSECURED OTH       586.64             .00          69.30
JENNIFER L MCALLISTER &   FILED LATE         2030.41             .00             .00
SELECT LEGAL PC           DEBTOR ATTY        1,100.00                       1,100.00
TOM VAUGHN                TRUSTEE                                             659.13
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              11,600.00

PRIORITY                                             .00
SECURED                                         6,050.00
   INTEREST                                       590.07
UNSECURED                                       3,200.80
ADMINISTRATIVE                                  1,100.00
TRUSTEE COMPENSATION                              659.13
DEBTOR REFUND                                        .00
                     ---------------        ---------------
TOTALS               11,600.00                 11,600.00




                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09415 DESIREE B BAILEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```